UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS HSU, | : |
| Plaintiff, | : |
| | : No. 7:10-cv-02849-KMK |
| v. | : |
| AMERICAN MEDICAL COLLECTION AGENCY, | : Rule 7.1 Disclosure |
| Defendant. | : |

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, a corporation, states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Date: May 25, 2010

THE DEFENDANT
AMERICAN MEDICAL COLLECTION AGENCY

By: _____
Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:   203-333-9441
Fax:   203-333-1489
E-Mail:  jelliot@znclaw.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2010 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Jonathan D. Elliot